IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSHUA ROBERTS, and DEBORAH CHONG, Individually and as Next Friend of N.R., their Minor Child, | : | Case No. 3:19-cv-202 |
| | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| Plaintiffs, | : | |
| v. | | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | | |

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Under S.D. Ohio Civ. R. 6.1, Defendant United States of America and Plaintiffs Joshua Roberts and Deborah Chong stipulate to a 21-day extension of time, from September 13 to October 4, for the United States to respond to Plaintiffs' Complaint. No prior stipulated extensions of time or extensions requests have been filed.

(Signatures follow on next page)

Respectfully submitted,

                                              BENJAMIN C. GLASSMAN
                                              United States Attorney

| | |
|---|---|
| <u>s/Jamal Alsaffar, per telephone consent granted 9/6/2019</u><br>JAMAL ALSAFFAR (pro hoc vice)<br>TOM JACOB (pro hoc vice)<br>Whitehurst Harkness Brees Cheng<br>Alsaffar Higginbothem & Jaco<br>7500 Rialto Blvd. II, Ste. 250<br>Austin, TX 78735<br>Office: (512) 476-4346<br>Email: jalsaffar@nationaltriallaw.com<br>tjacob@nationaltriallaw.com<br>*Trial Counsel for Plaintiffs* | *s/John J. Stark*<br>JOHN J. STARK (0075231)<br>Assistant United States Attorney<br>303 Marconi Boulevard, Suite 200<br>Columbus, Ohio 43215<br>Office: (614) 459-5715<br>Fax: (614) 469-5240<br>E-mail: john.stark@usdoj.gov |
| ROBERT G. PALMER (0022152)<br>Robert Gray Palmer Co., LPA<br>1335 Dublin Road, Suite 221B<br>Columbus, Ohio 43215<br>Office: (614) 484-1200<br>Fax: (614) 484-1201<br>E-mail: bob@rgpalmerlaw.com<br>*Co-Counsel for Plaintiffs* | *s/Michael J. T. Downey*<br>MICHAEL J. T. DOWNEY (IL 6312701)<br>Assistant United States Attorney<br>Attorney for Defendant<br>200 West Second Street, Suite 600<br>Dayton, Ohio 45402<br>(937) 225-2910<br>Fax: (937) 225-2564<br>Michael.Downey@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I certify that on September 12, 2019, I electronically filed the foregoing Stipulated Extension of Time for Defendant United States of America to Respond to Complaint, and that all counsel will be served by operation of the CM/ECF system.

                                                         s/John J. Stark
                                                         JOHN J. STARK (0076231)
                                                         Assistant United States Attorney