UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA ROBERTS and
DEBORAH CHONG,
Individually and as Next Friend of N.R.,     Case No. 3:19-cv-202
their Minor Child,

                                   Judge Thomas M. Rose

       Plaintiffs,

   v.

UNITED STATES OF AMERICA,

       Defendant.

## ORDER

It is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(2), pursuant to the terms and conditions of the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (ECF No. 18-2). Each party should bear their own costs.

**DONE** and **ORDERED** in Dayton, Ohio on August 18 th, 2021.

*s/ Thomas M. Rose*

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE